## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

STEPHANIE LOUNSBURY,

      Plaintiff,

v.                                    **Case No: 3:18-cv-238-J-20MCR**

RECEIVABLES PERFORMANCE
MANAGEMENT LLC.

      Defendant.

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Stephanie Lounsbury ("Plaintiff"), by and through the undersigned counsel, pursuant to

Federal Rule of Civil Procedure 41(1)(B), hereby gives notice that the above captioned action is

voluntarily dismissed, with prejudice.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| **DLT LAW GROUP, P.A.** | **GOLDEN SCAZ GAGAIN, PLLC** |
| | |
| */s/ Sasha A. Hodder* | */s/Charles J. McHale* |
| Sasha A. Hodder, Esquire | CHARLES J. MCHALE, ESQ. |
| Fl Bar No: 1004384 | Florida Bar No.: 0026555 |
| 400 N. Tampa Street, Suite 2840 | 201 North Armenia Avenue |
| Tampa, Florida 33602 | Tampa, Florida 33609-2303 |
| Mobile: 904-304-4453 | Phone: (813) 251-5500 |
| Fax: 813-435-2181 | Fax: (813) 251-3675 |
| Sasha@dltlawgroup.com | dgolden@gsgfirm.com |
| *Attorney For Plaintiff* | cmchale@gsgfirm.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2018, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

*/s/ Sasha A. Hodder*
Sasha A. Hodder, Esquire