UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE LOUNSBURY,

    Plaintiff,

v.                         CASE NO. 3:18-cv-238-J-MCR

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER

Pursuant to the Joint Notice of Voluntary Dismissal (Doc. 25), this case is **DISMISSED with prejudice**. *See* Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party shall bear her/its own attorney's fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida, on November 20, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record